# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SARAH MALLET

VERSUS

LINDSEY RICHARD FAUVEAU,
MD, ET AL

NO.  2023 CW 1074

**JANUARY 29, 2024**

---

In Re:    Sarah  Mallet,  applying  for  supervisory  writs,  19th
          Judicial  District  Court,  Parish  of  East  Baton  Rouge,
          No. 689696.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

                              **CHH**
                              **SMM**

    **McClendon, J.,** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT